# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2013

146455

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

In re ADAMS/CRIGLER, Minors.

SC: 146455
COA: 308983
Wayne Circuit Court
Family Division:
          98-368951-NA

_____/

On order of the Court, the application for leave to appeal the December 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2013

_____
Clerk

p0129